IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02031-PAB-KLM

AVENUE CAPITAL MANAGEMENT II, LP, et al.,

    Plaintiffs,

v.

RICHARD F. SCHADEN, et al.,

    Defendants.

### DECLARATION OF NATHANIEL P. GARRETT IN SUPPORT OF MOTIONS TO DISMISS AND MOTION TO STRIKE

    I, Nathaniel P. Garrett, hereby declare and state:

    1.    I am an attorney, admitted to practice before this Court.  I am an associate at the law firm of Jones Day, counsel for Defendants in the above captioned action.  I make this Declaration in Support of Defendants' Motions to Dismiss and Defendants' Motion to Strike.  I have personal knowledge of the facts stated in this Declaration.

    2.    Plaintiffs' Complaint refers to the Offering Memorandum used in connection with the January 2012 Restructuring Transaction.  (Compl. ¶¶ 8, 25, 68, 104, 141, 146, 150, 153-156, 169, 192.)  A true and correct copy of the Offering Memorandum, without appendices, is attached hereto as Exhibit 1.

    3.    A true and correct copy of Appendix E to the Offering Memorandum is attached hereto as Exhibit 2.

4. Plaintiffs' Complaint refers to the Restructuring Support Agreement used in connection with the January 2012 Restructuring Transaction. (Compl. ¶¶ 68, 71, 141.) A true and correct copy of the Restructuring Support Agreement is attached hereto as Exhibit 3.

5. Plaintiffs' Complaint refers to the Subscription Agreement used in connection with the January 2012 Restructuring Transaction. (Compl. ¶¶ 68, 72-73, 141, 150-152.) A true and correct copy of the Subscription Agreement is attached hereto as Exhibit 4.

6. Plaintiffs' Complaint refers to "related transaction documents" (Compl. ¶ 8), which includes the Assignment, Assumption & Release Agreement, a true and correct copy of which is attached hereto as Exhibit 5.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of October, 2014, at San Francisco, California.

                                                s/ Nathaniel P. Garrett
                                                  Nathaniel P. Garrett

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 3, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Allen.Lanstra@skadden.com
al.chua@skadden.com
Logan.Wayne@skadden.com
rebecca.isomoto@skadden.com
Thomas.Marks@skadden.com
bbennett@jonesday.com
kfloyd@jonesday.com
cjlovrien@jonesday.com
eytran@jonesday.com
ngarrett@jonesday.com
vdragalin@jonesday.com
dwake@shb.com
hhiatt@shb.com
pheeren@shb.com
ssumpter@shb.com
jdailey@akingump.com
dromani@akingump.com
sbaldini@akingump.com
nymco@akingump.com

                                             s/ Nathaniel P. Garrett
                                             Nathaniel P. Garrett
                                             Attorney for Defendants
                                             JONES DAY
                                             555 California Street, 26th Floor
                                             San Francisco, CA 94104
                                             +1.415.875.5731 Telephone
                                             +1.415.875.5700 Facsimile

                                             Attorneys for Defendants
                                             GREG MACDONALD, DENNIS SMYTHE