EXECUTION VERSION

## ASSIGNMENT, ASSUMPTION AND RELEASE AGREEMENT

This ASSIGNMENT, ASSUMPTION AND RELEASE AGREEMENT, dated as of January 24, 2012 (this "Agreement"), is by and among QCE Holding LLC, a Delaware limited liability company ("QCE Holding"), QCE Parent LLC, a Delaware limited liability company ("QCE Parent"), QCE Incentive LLC, a Delaware limited liability company ("QCE Incentive"), QCE Finance LLC, a Delaware limited liability company ("QCE Finance") (on behalf of itself and each of its direct and indirect subsidiaries), QCE LLC, a Delaware limited liability company ("QCE") (on behalf of itself and each of its direct and indirect subsidiaries), each of the entities listed on Schedule I hereto as a Company Party (each, a "Company Party," and collectively, the "Company Parties"), each of the persons listed on the signature pages hereto as an Indemnitee (each, an "Indemnitee" and, collectively, the "Indemnitees") and the existing members of QCE Holding as set forth on Schedule II hereto (each, an "Existing Member" and, collectively, the "Existing Members").

W I T N E S S E T H

WHEREAS, QCE Holding, QCE Incentive, QCE Finance, the Existing Members and QCE are parties to that certain Restructuring Support Agreement (the "RSA"), dated as of December 23, 2011, pursuant to which QCE has proposed a restructuring of certain of its debt obligations (the "Restructuring");

WHEREAS, each Indemnitee is party to a Manager Indemnification Agreement with QCE Holding, as set forth on Annex A hereto (the "Assumed Agreements");

WHEREAS, the RSA contemplates the assumption by QCE of all indemnification provisions and agreements currently in place for current and former directors, officers, managers, members, employees and agents of QCE Holding, QCE Finance, QCE and its subsidiaries and of current and former members of the Board of Managers of QCE Holding;

WHEREAS, in order to fulfill its obligations under the RSA and to facilitate the Restructuring, QCE desires to assume from QCE Holding and QCE Holding will assign to QCE all of Assumed Agreements and Indemnity Obligations (defined below); and

WHEREAS, pursuant to the RSA and to facilitate the Restructuring, the parties hereto desire to exchange mutual releases of liability for all claims arising on or prior to the Effective Date (as defined in the RSA).

NOW, THEREFORE, the parties hereto, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby agree as follows:

1.      <u>Assignment and Assumption</u>.

(a)      QCE Holding hereby assigns, transfers and conveys to QCE all of QCE Holding's right, title and interest in and to the Assumed Agreements.

(b)      QCE hereby accepts, assumes, takes over and succeeds to, all of the right, title and interest in and to QCE Holding under the Assumed Agreements, and QCE hereby covenants and agrees to discharge, perform and comply with, and to be bound by, all the terms, conditions, provisions, obligations, covenants and duties of QCE Holding under (and any liabilities arising out of) the Assumed Agreements from and after the date hereof as if QCE were an original party thereto.  For the avoidance of doubt, from and after the date hereof (i) any reference to QCE Holding LLC in each Assumed Agreement shall be construed as a reference to QCE LLC, (ii) QCE Holding shall have no responsibilities under the Assumed Agreements except as set forth in Section 2 and Section 3 below, and (iii) the Indemnitees shall have the right to enforce any and all claims (for liabilities, performance or otherwise, whether existing prior to or arising on or after the date hereof) under the Assumed Agreements against QCE and shall look solely to QCE for any such claims under the Assumed Agreements.

(c)      QCE hereby accepts, assumes, takes over and succeeds to, all Indemnity Obligations of QCE Holding LLC and QCE Incentive.  As used in this Agreement, "<u>Indemnity Obligations</u>" shall mean any and all respective obligations, whether pursuant to certificates of incorporation, codes of regulation, by-laws, limited liability company agreements, operating agreements, limited liability partnership agreements or any combination of the foregoing, of QCE Holding and QCE Incentive to indemnify and reimburse persons who are current or former directors, officers, members, managers, managing members, employees or agents of any of the Debtors.

2.      <u>Distribution of Notifications, Demands and Other Communications</u>.  QCE Holding shall use commercially reasonable efforts to promptly provide any notifications, demands or other communications received by it under any of the Assumed Agreements to QCE LLC, provided that failure to do so shall not result in any liability for QCE Holding or any adverse effect on the rights of any Indemnitee under such Indemnitee's Assumed Agreement.

3.      <u>Releases</u>.

(a)      <u>Mutual Releases</u>.  On the Effective Date, (i) QCE Incentive and all of its respective current and former direct and indirect equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, employees, principals, advisors, attorneys, financial advisors, investment bankers, accountants and other professionals and representatives (including their respective equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, employees, members, and professionals, advisors, principals, attorneys, professionals, accountants, investment bankers, consultants, agents, and other representatives), (ii) QCE Parent and all of its respective current and former direct and indirect equityholders, members, partners, subsidiaries, affiliates, funds,

  
managers, managing members, officers, directors, employees, principals, advisors, attorneys, financial advisors, investment bankers, accountants and other professionals and representatives (including their respective equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, employees, members, and professionals, advisors, principals, attorneys, professionals, accountants, investment bankers, consultants, agents, and other representatives),  (iii) QCE Finance, on behalf of itself and all of its direct or indirect subsidiaries and any person or entity seeking to exercise any rights of QCE Finance and all of its direct or indirect subsidiaries, including any successor to QCE Finance and all of its direct or indirect subsidiaries or any estate representative appointed or selected pursuant to section 1123 of the Bankruptcy Code, and all of their respective current and former direct and indirect equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, managers, employees, advisors, attorneys, principals, financial advisors, investment bankers, accountants and other professionals and representatives (including their respective equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, employees, members, and professionals, advisors, principals, attorneys, professionals, accountants, investment bankers, consultants, agents, and other representatives), (iv) QCE, on behalf of itself and all of its direct or indirect subsidiaries and any person or entity seeking to exercise any rights of QCE and all of its direct or indirect subsidiaries, including any successor to QCE and all of its direct or indirect subsidiaries or any estate representative appointed or selected pursuant to section 1123 of the Bankruptcy Code, and all of their respective current and former direct and indirect equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, managers, employees, advisors, principals, attorneys, financial advisors, investment bankers, accountants and other professionals and representatives (including their respective equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, employees, members, and professionals, advisors, principals, attorneys, professionals, accountants, investment bankers, consultants, agents, and other representatives), (v) QCE Holding and all of its respective current and former direct and indirect equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, managers, employees, advisors, attorneys, principals, financial advisors, investment bankers, accountants and other professionals and representatives (including their respective equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, employees, members, and professionals, advisors, principals, attorneys, professionals, accountants, investment bankers, consultants, agents, and other representatives), (vi) the Company Parties, individually and collectively, on behalf of themselves and any person or entity seeking to exercise any rights of the Company Parties, individually or collectively, including any successor to any of the Company Parties or any estate representative appointed or selected pursuant to section 1123 of the Bankruptcy Code, and all of their respective current and former direct and indirect equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, managers, employees, advisors, attorneys, financial advisors, investment bankers, accountants and other professionals and representatives (including their respective equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, employees, members,

and professionals, advisors, principals, attorneys, professionals, accountants, investment bankers, consultants, agents, and other representatives), (vii) the Existing Members, individually and collectively, and all of their respective current and former direct and indirect equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, managers, employees, advisors, attorneys, financial advisors, investment bankers, accountants and other professionals and representatives (including their respective equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, employees, members, and professionals, advisors, principals, attorneys, professionals, accountants, investment bankers, consultants, agents, and other representatives), and (viii) the Indemnitees, individually and collectively, and all of their current and former direct and indirect equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing employees, advisors, attorneys, professionals, accountants, investment bankers, consultants, agents and other representatives (including their respective equityholders, members, partners, subsidiaries, affiliates, funds, managers, managing members, officers, directors, employees, members, and professionals, advisors, principals, attorneys, professionals, accountants, investment bankers, consultants, agents, and other representatives) (collectively, clauses (i), (ii), (iii), (iv), (v), (vi), (vii), and (viii) being the "Releasing/Released Parties," and each a "Releasing/Released Party"), shall be deemed to and shall unconditionally and irrevocably each release each other, individually and collectively, from any and all claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action and liabilities whatsoever, whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, existing or hereafter arising, in law, equity or otherwise, based in whole or in part upon actions taken in their respective capacities described above or any omission, transaction, event or other occurrence taking place on or prior to the Effective Date in any way related to the Releasing/Released Parties or arising out of the Restructuring, except that (1) the foregoing releases shall not apply to QCE and the Indemnitees solely with respect to the Assumed Agreements and after giving effect to the assignment and assumption contemplated by Section 1 of this Agreement, (2) the Releasing/Released Parties shall not relinquish or waive the right to assert any of the foregoing as a legal or equitable defense or right of setoff or recoupment against any claims of any such persons or entities asserted against the Releasing/Released Parties, (3) the foregoing releases shall not apply to claims arising from unlawful acts committed by a Releasing/Released Party, (4) the foregoing releases shall not apply to any deferred compensation obligations owed by a Company Party to a Releasing/Released Party (other than with respect to an individual who is terminating or waiving in full his deferred compensation obligations in connection with the Restructuring) and (5) the foregoing releases shall not apply to any express contractual or financial obligations (including professional fees and administrative expenses) owed to the Releasing/Released Parties or any obligation arising under the RSA or an agreement entered into pursuant to, or contemplated by, the RSA. The Releasing/Released Parties have each been made aware of, and understand, the provisions of California Civil Code Section 1542, and in connection with the foregoing mutual releases hereby expressly waive any and all rights, benefits and protections of the statute, which provides, "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR

HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."

(b)    Exculpation and Limitation of Liability.  The Releasing/Released Parties (a) shall have no liability whatsoever to one another or any holder or purported holder of a claim or equity interest, or any other party-in-interest, or any of their respective agents, employees, representatives, financial advisors, attorneys, professionals or affiliates, or any of their successors or assigns, for any act or omission in connection with, or arising out of, the Restructuring and the transactions contemplated by the RSA or renegotiation of executory contracts and leases, or in furtherance thereof, or any obligations that they have under or in connection with the RSA or the transactions contemplated by the RSA, (collectively, the "Exculpated Claims"), (b) in all respects, shall be entitled to rely upon the advice of counsel with respect to their duties and responsibilities under the RSA and the other agreements and transactions contemplated thereby.  No holder of any claim or ownership interest, or other party-in-interest, none of their respective agents, employees, representatives, financial advisors, attorneys, professionals or affiliates, and no successors or assigns of the foregoing, shall have any right of action against the Releasing/Released Parties with respect to the Exculpated Claims.  This exculpation shall be in addition to, and not in limitation of, all other releases, indemnities, exculpations and any other applicable law or rules protecting such Releasing/Released Parties from liability; provided that this exculpation shall not adversely affect QCE and the Indemnitees with respect to the rights and obligations arising from the Assumed Agreements, after giving effect to the assignment and assumption contemplated by Section 1 of this Agreement.

4.    Counterparts.  This Agreement is effective upon its execution by all of the Company Parties, and shall be effective as to each Indemnitiee upon its execution by such Indemnitee.  For the avoidance of doubt, the failure of any Indemnitee to execute this Agreement shall not preclude its effectiveness, validity or enforceability as to all of the other parties (other than any such non-executing Indemnitee) if executed by all of the Company Parties in accordance with this Section 4.  This Agreement may be executed in one or more counterparts, each of which, when so executed, shall constitute an original and all of which when taken together shall constitute one and the same instrument, and the counterparts may be delivered by facsimile transmission or by electronic mail in portable document format (pdf).

5.    Successors and Assigns.  This Agreement shall be binding upon, and shall inure to the benefit of each of the parties hereto and each of their successors and assigns.

6.    GOVERNING LAW.  THIS AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK, WITHOUT REGARD TO THE PRINCIPLES OF CONFLICTS OF LAW THEREOF.

7.      <u>Further Assurances</u>.   Each of the parties hereto shall execute such documents and perform such further acts as may be reasonably required or desirable to carry out or to perform the provisions of this Agreement.

[Remainder of page intentionally left blank]

Doc#: US1:7662528v15

IN WITNESS WHEREOF, this Assignment, Assumption and Release Agreement has been executed as of the date first above written.

**QCE HOLDING:**

QCE HOLDING LLC

By: _____
      Name: Gregory MacDonald
      Title: President and Chief Executive
      Officer

**QCE INCENTIVE:**

By: QCE Holding LLC, Manager

By: _____
      Name: Gregory MacDonald
      Title: President and Chief Executive
      Officer

**QCE FINANCE:**

QCE FINANCE LLC
(on behalf of itself and all of its direct and
indirect subsidiaries)

By: _____
      Name: Gregory MacDonald
      Title: President and Chief Executive
      Officer

**QCE:**

QCE LLC
(on behalf of itself and all of its direct and
indirect subsidiaries)

By: _____
      Name: Gregory MacDonald
      Title: President and Chief Executive
      Officer

[Signature Page to Assignment, Assumption and Release Agreement]

**QCE PARENT:**

QCE PARENT LLC

By:  Avenue Capital Management II, L.P.,
solely on behalf of certain of the investment
funds it manages, its sole member

By: Avenue Capital Management II GenPar,
LLC, its general partner

By:_____
Name:
Title:

[Signature Page to Assignment, Assumption and Release Agreement]

Ex. 5 p. 8

**EXISTING MEMBERS**:

JPMP/Q, LLC

By: _____
    Name: STEPHEN P. MURRAY
    Title: MANAGING DIRECTOR

J.P. MORGAN PARTNERS GLOBAL
INVESTORS, L.P.

By:  CCMP Capital Advisors, LLC,
     as Attorney in Fact

By: _____
    Name: STEPHEN P. MURRAY
    Title: MANAGING DIRECTOR

J.P. MORGAN PARTNERS GLOBAL
INVESTORS (SELLDOWN), LP.

By:  CCMP Capital Advisors, LLC,
     as Attorney in Fact

By: _____
    Name: STEPHEN P. MURRAY
    Title: MANAGING DIRECTOR

CCMP CAPITAL ADVISORS, LLC

By: _____
    Name: STEPHEN P. MURRAY
    Title: MANAGING DIRECTOR

[Signature Page to Assignment, Assumption and Release Agreement]

**EXISTING MEMBERS:**

CERVANTES MASTER LLC

By: _____
      Name:  Patrick E. Meyers
      Title:  Executive Vice President

QUIZNOS FINANCE LLC

By: _____
      Name:  Patrick E. Meyers
      Title:  Executive Vice President

[Signature Page to Assignment, Assumption and Release Agreement]

**COMPANY PARTIES:**

AMERICAN FOOD DISTRIBUTORS LLC

By: _____
Name: Gregory MacDonald
Title: President and Chief Executive
Officer

CONTINENTAL LENDING GROUP LLC

By: _____
Name: Gregory MacDonald
Title: President and Chief Executive
Officer

QFA ROYALTIES LLC

By: _____
Name: Gregory MacDonald
Title: President and Chief Executive
Officer

QIP HOLDER LLC

By: _____
Name: Gregory MacDonald
Title: President and Chief Executive
Officer

QUIZ-CAN LLC

By: _____
Name: Gregory MacDonald
Title: President and Chief Executive
Officer

[Signature Page to Assignment, Assumption and Release Agreement]

Ex. 5 p. 11

QUIZNO'S CANADA HOLDING LLC

By: _____
Name: Gregory MacDonald
Title: President and Chief Executive
Officer

THE QUIZNO'S MASTER LLC

By: _____
Name: Gregory MacDonald
Title: President and Chief Executive
Officer

TQSC II LLC

By: _____
Name: Gregory MacDonald
Title: President and Chief Executive
Officer

RESTAURANT REALTY LLC

By: _____
Name: Gregory MacDonald
Title: President and Chief Executive
Officer

QAFT, INC.

By: _____
Name: Gregory MacDonald
Title: President and Chief Executive
Officer

[Signature Page to Assignment, Assumption and Release Agreement]

Ex. 5 p. 12

QCE GIFT CARD LLC

By: _____
    Name: Gregory MacDonald
    Title: President and Chief Executive
    Officer

QUIZMARK LLC

By _____
    Name: Gregory MacDonald
    Title: President and Chief Executive
    Officer

SEATTLE AREA DIRECTORSHIP II LLC

By: _____
    Name: Gregory MacDonald
    Title: President and Chief Executive
    Officer

THE QUIZNO'S OPERATING
COMPANY LLC

By: _____
    Name: Gregory MacDonald
    Title: President and Chief Executive
    Officer

THE QUIZNO'S REALTY COMPANY
LLC

By: _____
    Name: Gregory MacDonald
    Title: President and Chief Executive
    Officer

[Signature Page to Assignment, Assumption and Release Agreement]

Case 1:14-cv-02031-PAB-KLM   Document 29-5   Filed 10/03/14   USDC Colorado   Page 14 of 40

CANADA FOOD DISTRIBUTION COMPANY

By: _____
    Name: Gregory MacDonald
    Title: President and Chief Executive
    Officer

QUIZNO'S CANADA ADVERTISING FUND INC

By: _____
    Name: Gregory MacDonald
    Title: President and Chief Executive
    Officer

QUIZNO'S CANADA RESTAURANT CORPORATION

By: _____
    Name: Gregory MacDonald
    Title: President and Chief Executive
    Officer

QUIZNO'S CANADA REAL ESTATE CORPORATION

By: _____
    Name: Gregory MacDonald
    Title: President and Chief Executive
    Officer

ROCKFORD MANAGER LLC

By: FHS LLC, Managing Member

By: _____
    Name: Frederick H. Schaden
    Title: Manager

[Signature Page to Assignment, Assumption and Release Agreement]

CANADA FOOD DISTRIBUTION
COMPANY

By: _____
      Name:  Gregory MacDonald
      Title:    President and Chief Executive
                Officer

QUIZNO'S CANADA ADVERTISING
FUND INC

By: _____
      Name:  Gregory MacDonald
      Title:    President and Chief Executive
                Officer

QUIZNO'S CANADA RESTAURANT
CORPORATION

By: _____
      Name:  Gregory MacDonald
      Title:    President and Chief Executive
                Officer

QUIZNO'S CANADA REAL ESTATE
CORPORATION

By: _____
      Name:  Gregory MacDonald
      Title:    President and Chief Executive
                Officer

ROCKFORD MANAGER LLC

By: FHS LLC, Managing Member

By: _____
      Name:  Frederick H. Schaden
      Title:    Manager

[Signature Page to Assignment, Assumption and Release Agreement]

Ex. 5 p. 15

QUIZ-DIA LLC

By: _____
Name:  Michael Roper
Title:    President

QUIZNOS SINGAPORE PTE LTD.

By: _____

Name: *Courtney . L . Seely*

Title: *Duly Authorized Representative*

CHICAGO FRANCHISE SUPPORT
SERVICES LLC

By: _____

    Name: FREDERICK H SCHALEN

    Title: MANAGING DIRECTOR

[Signature Page to Assignment, Assumption and Release Agreement]

SOURCE ONE DISTRIBUTION LLC

By: _____

Name: Courtney L. Seely

Title: EVP; General Counsel

[Signature Page to Assignment, Assumption and Release Agreement]

TurnWorks Portfolio Ltd.

By: _____

    Name:   Greg Brenneman
    Title:

[Signature Page to Assignment, Assumption and Release Agreement]

Ex. 5 p. 20

PDF TO MB

## INDEMNITEE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

INDEMNITEE:

_____

David Deno

[Signature Page to Assignment, Assumption and Release Agreement]

**Ex. 5 p. 21**

## INDEMNITEE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

INDEMNITEE:

_____

David Prokupek

[Signature Page to Assignment, Assumption and Release Agreement]

## INDEMNITEE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

**INDEMNITEE:**

_____
Frederick H. Schaden

[Signature Page to Assignment, Assumption and Release Agreement]

Ex. 5 p. 23

## INDEMNITEE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

INDEMNITEE:

Greg Brenneman

[Signature Page to Assignment, Assumption and Release Agreement]

## INDEMNITEE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

INDEMNITEE:

J. Brandon Turner

[Signature Page to Assignment, Assumption and Release Agreement]

## INDEMNITEE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

INDEMNITEE:

_____
J. Eric Lawrence

[Signature Page to Assignment, Assumption and Release Agreement]

## <u>INDEMNITEE SIGNATURE PAGE</u>

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

**INDEMNITEE:**

John M. Warner

## INDEMNITEE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

**INDEMNITEE:**

_____
Mathew Lori

## INDEMNITEE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

INDEMNITEE:

_____

Patrick E. Meyers

## INDEMNITEE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

INDEMNITEE:

_____
Richard E. Schaden

[Signature Page to Assignment, Assumption and Release Agreement]

## <u>INDEMNITEE SIGNATURE PAGE</u>

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

**INDEMNITEE:**

_____

Richard F. Schaden

[Signature Page to Assignment, Assumption and Release Agreement]

## INDEMNITEE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

INDEMNITEE:

Stephen P. Murray

## INDEMNITEE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

INDEMNITEE:

_____
Thomas Ryan

[Signature Page to Assignment, Assumption and Release Agreement]

## INDEMNITEE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

INDEMNITEE:

_____
John D. Bowlin

[Signature Page to Assignment, Assumption and Release Agreement]

## **INDEMNITEE SIGNATURE PAGE**

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

INDEMNITEE:

_____

Andrew R. Lee

[Signature Page to Assignment, Assumption and Release Agreement]

Ex. 5 p. 35

## <u>INDEMNITEE SIGNATURE PAGE</u>

IN WITNESS WHEREOF, the undersigned is executing this signature page to the Assignment, Assumption and Release Agreement, by and among QCE Holding, QCE Parent, QCE Incentive, QCE Finance, QCE, the Existing Members, the Company Parties and the Indemnitees as of the date first set forth in the Assignment, Assumption and Release Agreement, intending to be legally bound thereby as an Indemnitee.

INDEMNITEE:

_____
John M. Moore

# ANNEX A

## ASSUMED INDEMNIFICATION AGREEMENTS

1.  Manager Indemnification Agreement, dated as of August 30, 2006, by and between QCE Holding LLC and David Deno.

2.  Manager Indemnification Agreement, dated as of October 1, 2010, by and between QCE Holding LLC and David Prokupek.

3.  Manager Indemnification Agreement, dated as of August 30, 2006, by and between QCE Holding LLC and Frederick H. Schaden.

4.  Manager Indemnification Agreement, effective as of November 27, 2006, by and between QCE Holding LLC and Gregory Brenneman.

5.  Manager Indemnification Agreement, dated as of January 9, 2007, by and between QCE Holding LLC and J. Brandon Turner.

6.  Manager Indemnification Agreement, dated as of August 30, 2006, by and between QCE Holding LLC and J. Eric Lawrence.

7.  Manager Indemnification Agreement, dated as of August 30, 2006, by and between QCE Holding LLC and John M. Warner.

8.  Manager Indemnification Agreement, dated as of August 30, 2006, by and between QCE Holding LLC and Mathew Lori.

9.  Manager Indemnification Agreement, dated as of August 30, 2006, by and between QCE Holding LLC and Patrick E. Meyers.

10.  Manager Indemnification Agreement, dated as of August 30, 2006, by and between QCE Holding LLC and Richard E. Schaden.

11.  Manager Indemnification Agreement, dated as of August 30, 2006, by and between QCE Holding LLC and Richard F. Schaden.

12.  Manager Indemnification Agreement, dated as of August 30, 2006, by and between QCE Holding LLC and Stephen P. Murray.

13.  Manager Indemnification Agreement, effective as of August 18, 2008, by and between QCE Holding LLC and Thomas Ryan.

14.  Manager Indemnification Agreement, effective as of March 5, 2008, by and between QCE Holding LLC and John D. Bowlin.

15.  Manager Indemnification Agreement, effective as of August 4, 2011, by and between QCE Holding LLC and Andrew R. Lee.

16.     Manager Indemnification Agreement, effective as of July 29, 2011, by and between QCE Holding LLC and John M. Moore.

## SCHEDULE I

COMPANY PARTIES

| ENTITY | JURISDICTION OF INCORPORATION |
|---|---|
| American Food Distributors LLC | Delaware |
| Chicago Franchise Support Services LLC | Delaware |
| Continental Lending Group LLC | Delaware |
| QAFT, Inc. | Delaware |
| QCE Gift Card LLC | Arizona |
| QFA Royalties LLC | Delaware |
| QIP Holder LLC | Delaware |
| Quiz-CAN LLC | Delaware |
| Quiz-DIA LLC | Delaware |
| Quizmark LLC | Delaware |
| Quizno's Canada Holding LLC | Delaware |
| Restaurant Realty LLC | Delaware |
| Seattle Area Directorship II LLC | Colorado |
| Source One Distribution LLC | Delaware |
| TurnWorks Portfolio Ltd. | Texas |
| The Quizno's Master LLC | Delaware |
| The Quizno's Operating Company LLC | Delaware |
| The Quizno's Realty Company LLC | Delaware |
| TQSC II LLC | Delaware |
| Rockford Manager LLC | Colorado |
| Canada Food Distribution Company | Nova Scotia |
| Quizno's Canada Advertising Fund Inc | New Brunswick |
| Quizno's Canada Restaurant Corporation | British Columbia |
| Quizno's Canada Real Estate Corporation | British Columbia |
| Quiznos Singapore Pte Ltd. | Singapore |

## SCHEDULE II

EXISTING MEMBERS

- JPMP/Q, LLC

- J.P. MORGAN PARTNERS GLOBAL INVESTORS, L.P.

- J.P. MORGAN PARTNERS GLOBAL INVESTORS (SELLDOWN), LP.

- CCMP CAPITAL ADVISORS, LLC

- CERVANTES MASTER LLC

- QUIZNOS FINANCE LLC