IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02031-PAB-KLM,
    *consolidated with*
Civil Action No. 14-cv-02119-PAB-KLM

AVENUE CAPITAL MANAGEMENT II, LP, a Delaware limited partnership,
AVENUE INTERNATIONAL MASTER, LP, a Cayman Islands exempted limited partnership,
AVENUE INVESTMENTS, LP, a Delaware limited partnership,
AVENUE SPECIAL SITUATIONS FUND VI (MASTER), L.P., a Delaware limited partnership,
MANAGED ACCOUNTS MASTER FUND SERVICES-MAP10, a sub-trust of an umbrella unit trust constituted by a trust deed governed by the laws of Ireland,
AVENUE-CDP GLOBAL OPPORTUNITIES FUND, L.P., a Cayman Islands exempted limited liability partnership,
AVENUE SPECIAL OPPORTUNITIES CO-INVESTMENT FUND I, L.P., a Delaware limited partnership,
AVENUE SPECIAL OPPORTUNITIES FUND I, L.P., a Delaware limited partnership,
DRAWBRIDGE SPECIAL OPPORTUNITIES FUND L.P., a Delaware limited partnership,
DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD, a Cayman Islands company,
FCI HOLDINGS I LTD, a Cayman Islands company,
FCI HOLDINGS II LTD, a Cayman Islands company,
FCOF II UB SECURITIES LLC, a Delaware limited liability company,
FCOF UB INVESTMENTS LLC, a Delaware limited liability company,
FTS SIP L.P., a Jersey limited partnership,
PANGAEA CLO 2007-1 LTD, a Cayman Islands company,
SARGAS CLO I LTD, a Cayman Islands company,
WORDEN MASTER FUND II L.P., a Cayman Islands exempted limited partnership, and
WORDEN MASTER FUND L.P., a Cayman Islands exempted limited partnership,

    Plaintiffs,

v.

RICHARD F. SCHADEN, an individual,
RICHARD E. SCHADEN, an individual,
FREDERICK H. SCHADEN, an individual,
GREG MACDONALD, an individual,
DENNIS SMYTHE, an individual,
ANDREW R. LEE, an individual,
PATRICK E. MEYERS, an individual,
JOHN M. MOORE, an individual,
THOMAS RYAN, an individual, and

CONSUMER CAPITAL PARTNERS LLC, a Delaware limited liability company a/k/a Cervantes Capital LLC,

    Defendants.

RICHARD F. SCHADEN,

    Consol Plaintiff,

v.

AVENUE CAPITAL MANAGEMENT II, LP,

    Consol Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Unopposed Joint Motion to Consolidate and Stay** [#12] (the "Motion"). The District Judge granted the portion of the Motion seeking to have Case No. 14-cv-02031-PAB-KLM and Case No. 14-cv-02119-REB-MJW consolidated. The District Judge referred the portion of the Motion seeking to have the latter case stayed.

The parties request the Court to stay the second action (which has been redesignated as Case No. 14-cv-02119-PAB-KLM) in favor of Case No. 14-cv-02031-PAB-KLM. *Motion* [#12] at 5-6. However, the entirety of their argument is that "all parties agree that it is in their joint interest, and will be less burdensome for the parties, if [Case No. 14-cv-02031-PAB-KLM] is stayed. The parties also believe that the stay will benefit the Court by streamlining the issues to be litigated." *Id.* at 6. There is no further indication in the Motion as to why it is beneficial to this now-consolidated matter to have a portion of it stayed. It is also unclear precisely what the parties are seeking, i.e., whether they are seeking a stay of discovery as to the claims in the second case, a stay of any deadlines already set in the second case, or whether they seek something else. Stays in the District of Colorado are generally disfavored. *See Wason Ranch Corp. v. Hecla Mining Co.*, No. 07-cv-00267-EWN-MEH, 2007 WL 1655362, at *1 (D. Colo. June 6, 2007). Although the Motion is unopposed, the parties must provide the Court with a clear reason as to why they seek a stay and a clear request regarding the extent of the stay they seek.

IT IS HEREBY **ORDERED** that the portion of the Motion [#12] referred to the undersigned is **DENIED without prejudice**.

Dated: October 29, 2014