IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02031-PAB-KLM

    (Consolidated with Civil Action No. 14-cv-02119-PAB-KLM)

AVENUE CAPITAL MANAGEMENT II, L.P., a Delaware limited partnership, et al.,

    Plaintiffs,

v.

RICHARD F. SCHADEN, an individual, et al.,

    Defendants.

RICHARD F. SCHADEN,

    Plaintiff,

v.

AVENUE CAPITAL MANAGEMENT II, LP and FORTRESS INVESTMENT GROUP, LLC,

    Defendants.

## [PROPOSED] ORDER EXTENDING STAY OF PROCEEDINGS

This matter having come on to be heard on the Unopposed Motion to Extend Stay of Proceedings, and the Court being fully advised, hereby

GRANTS the Motion.  All proceedings in Civil Action No. 1:14-cv-02119 ("Schaden Action") are stayed until the resolution of Civil Action No. 1:14-cv-02031 ("Avenue Action").  The stay is without prejudice to any of the parties moving to lift the stay if they believe circumstances warrant it.

Dated: _____, 2014

                                                U.S. Magistrate Judge Kristen L. Mix