IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02031-PAB-KLM
      (Consolidated with Civil Action No. 14-cv-02119-PAB-KLM)

AVENUE CAPITAL MANAGEMENT II, LP, et al.,

    Plaintiffs,

v.

RICHARD F. SCHADEN, et al.,

    Defendants.

**SUPPLEMENTAL DECLARATION OF NATHANIEL P. GARRETT IN SUPPORT OF MANAGER DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

I, Nathaniel P. Garrett, hereby declare and state:

1.     I am an attorney, admitted to practice before this Court. I am an associate at the law firm of Jones Day, counsel for Defendants in the above captioned action. I make this Supplemental Declaration in Support of Manager Defendants' Reply in Support of Motion to Dismiss Complaint. I have personal knowledge of the facts stated in this Declaration.

2.     Plaintiffs' Complaint refers to an e-mail dated July 27, 2011, in which Defendant Pat Meyers conveyed that "the owners of this business believe it can and will do better than projections extrapolated from recent performance would suggest. We do not understand why a significant equity owner would oppose that sentiment, both as a matter of fact and as a matter of strategy in

dealing with creditors." (ECF No. 1 ¶ 91; *see also id.* ¶ 92.) A true and correct copy of Pat Meyers' July 27, 2011 e-mail is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of November, 2014, at San Francisco, California.

          s/ Nathaniel P. Garrett
             Nathaniel P. Garrett

FOR THE DISTRICT OF COLORADO

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 10, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Allen.Lanstra@skadden.com | ssumpter@shb.com |
| al.chua@skadden.com | jmarkus@MarkusWilliams.com |
| Logan.Wayne@skadden.com | docket@markuswilliams.com |
| rebecca.isomoto@skadden.com | jtokuoka@markuswilliams.com |
| Thomas.Marks@skadden.com | jdailey@akingump.com |
| bbennett@jonesday.com | dromani@akingump.com |
| kfloyd@jonesday.com | pmcgurkin@akingump.com |
| cjlovrien@jonesday.com | jboogay@akingump.com |
| eytran@jonesday.com | sbaldini@akingump.com |
| ngarrett@jonesday.com | nymco@akingump.com |
| vdragalin@jonesday.com | richard@schadenlaw.com |
| dwake@shb.com | srider@MarkusWilliams.com |
| hhiatt@shb.com | rpurser@MarkusWilliams.com |
| pheeren@shb.com | |

s/ Nathaniel P. Garrett

Nathaniel P. Garrett
Attorney for Defendants
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
+1.415.875.5731 Telephone
+1.415.875.5700 Facsimile

Attorneys for Defendants
RICHARD F. SCHADEN, RICHARD E. SCHADEN, FREDERICK SCHADEN, ANDREW LEE, PATRICK MEYERS, JOHN MOORE, THOMAS RYAN, CONSUMER CAPITAL PARTNERS