**To:** Stephen P. Murray[]
**Cc:** Greg Brenneman[Greg.Brenneman@ccmpcapital.com]; John Warner[John.Warner@ccmpcapital.com]; Richard G. Jansen[Richard.Jansen@ccmpcapital.com]; MacDonald, Greg[gmacdonald@quiznos.com]; Prokupek, David[DProkupek@consumercp.com]; Conrad, Dena[DConrad@consumercp.com]; Meyers, Pat[PMeyers@consumercp.com]
**From:** Meyers, Pat
**Sent:** Wed 7/27/2011 2:16:21 PM
**Subject:** RE: Projections
**MAIL_RECEIVED:** Wed 7/27/2011 2:15:00 PM

Steve, it goes without saying I was surprised by both the tone and accusations in your email.

First, while we did not, as you claim, send the draft disclosure to Greg or Dennis (rather, we sent it to Paul Weiss, who edited and then sent it, at our request, to Moelis and then in turn to CCMP), I would have had no problem sending it to Greg. I did want to get Moelis and CCMP views first, but I wouldn't have thought Greg would be troubled by the language itself. In fact, on the special committee call we specifically discussed adding disclosure along the lines of what we drafted. Unless you or Moelis have sent the draft to Greg, he probably has not seen it and is wondering why the equity owners of this company are sending and responding to vitriolic and accusatory emails over language he has yet to see.

Greg and his team have done a terrific job in very trying times, and I believe they understand there will be tension around the process. However, this exchange simply adds to the headaches he's dealing with and frankly cannot be very encouraging to him.

More importantly, your reaction to the language is puzzling. The intention of the language is not to "indict management's projections". It is to make clear that the owners of this business believe it can and will do better than projections extrapolated from recent performance would suggest. We do not understand why a significant equity owner would oppose that sentiment, both as a matter of fact and as a matter of strategy in dealing with creditors.

Turning to the disclosure itself, the proposed language is factual and consistent with the story Greg is preparing to tell the lenders. The "non-reliance" language at the end would be included in any projection, so I assume CCMP does not object to that sentence. If you feel the sentence is too strong, let's have that discussion

As to the body of the draft, does CCMP disagree that the projections "are derived from the Company's existing performance trends
and run rate" or that the projections are "not the product of a thorough forecasting process conducted in conjunction with
the creation of a long-term business plan"? Is Greg not telling lenders that "the Company is in the process of developing a 'ground up' business plan to
address recent below-plan performance and the various issues confronting the Company, and intends to retain an industry qualified consultant to
assist with that process"? And how can any of that language be read as insulting or amounting to a violation of duties?

There is no hidden agenda. As recently and repeatedly communicated, CCP wants to work through this process collaboratively with CCMP as a partner, while adhering to all fiduciary duties in the process. Allegations by CCMP that CCP is acting contrary to those duties are not helpful to the process and are unfounded. Our intent is to, as best possible, preserve the value of the company for all of its stakeholders and to support and guide management through this process. While I have no duty to do so, I have personally spent 60+ hours a week working with Greg, Dennis and Courtney to help navigate through the current issues faced by the company, which are (as you know) complicated and difficult. They are to be congratulated not only for their hard work but also for maintaining a positive attitude and optimism towards the future of Quiznos. We as owners should do no less.

Finally, Paul Weiss has done nothing wrong here and has given the company excellent advice. Merely forwarding what should be noncontroversial language to our advisor for comments hardly seems inappropriate.

The projections and the presentation were not the underlying reason for the board call (as Greg B noted we could take action on those through a consent). Rather, it was my desire to take care of routine quarterly business, such as approval of minutes, that drove the request for a meeting. Those matters do not need to be dealt with this afternoon, I believe Rick left you a message asking for an in person board meeting as a way to hopefully understand all of our concerns and reach consensus on the best way forward for the company. We do not want to put off the August 2nd meeting and we are not opposed to the projections (though candidly I have not seen updated projections and we haven't had much time to go through the deck).

I am in a remote location and emails or calls are difficult until I return on the 2nd. I suggest you, John Warner and Greg B work with Rick and Dave and management to sort out a final presentation and projections so that Greg and his team can prepare and know that they have our full backing as they walk into what will likely be a difficult meeting next week.

I will share this email with Paul Weiss. As counsel to the company they need to be aware of the issues you raised and to which I've hopefully responded.

-----Original Message-----
From: Stephen P. Murray [mailto:stephen.p.murray@ccmpcapital.com]
Sent: Tuesday, July 26, 2011 5:47 PM
To: Meyers, Pat
Cc: Greg Brenneman; John Warner; Richard G. Jansen; MacDonald, Greg
Subject: Projections

Pat, I cannot tell you how shocked I was to read the inclusion you and Dave recommended for the projections. I am also infuriated that you had the audacity to share it with Greg MacDonald before consulting with me or any other CCMP director. It has to be only Greg's incredible strength of character which has stopped him from taking actions in response to the insulting commentary your recommended inclusion makes about he and his management team. I only hope Dennis has not seen it or we could have more resignations resulting from this continual CCP attacks on our management. Pat I know you and Rick like to say you are unfamiliar with the process we are forced into here but that is not a safe harbor for common sense or decency. I am highly confident if I had asked Rick to attach a paragraph like that to a projection he was providing to our lenders over the two years he returned as CEO, it never would have happened. Is the double standard here a harbinger of another agenda for you and Rick? It certainly continues to feel that way.

I now here you are trying to cancel the call tomorrow "to circle up at CCP". Pat, what is Rick's agenda. His behavior is increasingly not rational, as this indictment of management's projections suggest. I firmly believe these actions violate the very duties Paul Weiss recently advised us of and, callously jeopardise the continuity of management at a time we have vendor issues, lender issues and franchisee issues. Please let us know what agenda we are dealing with?

I request we hold the meeting as scheduled tomorrow. I also suggest we fire Paul Weiss immediately for not understanding the implications of this paragraph on management and I suggest we have Moelis be the filter between Greg and CCP going forward. Please advise me of Rick's agreement to these requests in writing as soon as possible. This is an increasingly troubling situation.

-----------------------------------------------
The information contained in this transmission may contain
confidential and/or privileged material. If you are not the

intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein or in any attachments is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately contact the sender by return e-mail and delete this e-mail from your computer system. Thank you
----------------------------------------------