IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02031-PAB-KLM

AVENUE CAPITAL MANAGEMENT II, L.P., et al.

      Plaintiffs,

v.

RICHARD F. SCHADEN, et al.

      Defendants.

---

**NOTICE OF APPEAL**

---

      Notice is hereby given that Avenue Capital Management II, L.P., Avenue International Master, L.P., Avenue Investments, L.P., Avenue Special Situations Fund VI (Master), L.P., Managed Accounts Master Fund Services-MAP10, Avenue-CDP Global Opportunities Fund, L.P., Avenue Special Opportunities Co-Investment Fund I, L.P., Avenue Special Opportunities Fund I, L.P. (collectively "Avenue Capital Management II, L.P. *et al.*"), Drawbridge Special Opportunities Fund L.P., Drawbridge Special Opportunities Fund LTD, FCI Holdings I LTD, FCI Holdings II LTD, FCOF II UB Securities LLC, FCOF UB Investments LLC, FTS SIP L.P., Pangaea CLO 2007-1 LTD, Sargas CLO I LTD, Worden Master Fund II L.P., and Worden Master Fund L.P. (collectively "Drawbridge Special Opportunities Fund L.P. *et al.*"), plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from: (1) the Order granting Defendants' Motion to Dismiss[1] entered in this action on September

---

[1] Defendants are Richard F. Schaden, Richard E. Schaden, Frederick H. Schaden, Greg MacDonald, Dennis Smythe, Andrew R. Lee, Patrick E. Meyers, John M. Moore, Thomas Ryan, and Consumer Capital Partners, LLC a/k/a/ Cervantes Capital LLC.

1

17, 2015; and (2) the final Judgment entered in this action on September 18, 2015.

Dated: October 16, 2015

| | |
|---|---|
| */s/ Jeffery A. Dailey* | */s/ Allen L. Lanstra* |
| Jeffery A. Dailey | Van C. Durrer, II |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Allen L. Lanstra |
| Two Commerce Square | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2001 Market Street, Suite 4100 | 300 S. Grand Avenue, Suite 3400 |
| Philadelphia, PA 19103-7013 | Los Angeles, CA 90071 |
| Telephone: (215) 965-1200 | Telephone: (213) 687-5000 |
| Fax: (215) 965-1210 | Fax: (213) 687-5600 |
| | |
| Stephen M. Baldini | James T. Markus (CO ID No. 25065) |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Steven R. Rider (CO ID No. 7921) |
| One Bryant Park | MARKUS WILLIAMS YOUNG & ZIMMERMANN LLP |
| Bank of America Tower | 1700 Lincoln Street, Suite 4500 |
| New York, NY 10036-6745 | Denver, CO 80203 |
| Telephone: (212) 872-1000 | Telephone: (303) 830-0800 |
| Fax: (212) 872-1002 | |
| | Attorneys for Drawbridge Special Opportunities |
| Daniel F. Wake (CO ID No. 18086) | Fund L.P. *et al*. |
| Kali R. Backer (CO ID No. 45436) | |
| SHOOK HARDY & BACON LLP | |
| 1660 17th Street, Suite 450 | |
| Denver, CO 80202-1254 | |
| Telephone: (303) 285-5300 | |
| Fax: (303) 285-5301 | |
| | |
| Attorneys for Avenue Capital Management II, L.P. *et al.* | |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

blampert@klm-law.com
bbennett@jonesday.com
kfloyd@jonesday.com
cjlovrien@jonesday.com
ngarrett@jonesday.com
eytran@jonesday.com
sgconway@jonesday.com
mlandsborough@jonesday.com
vdragalin@jonesday.com
tim.beyer@bryancave.com
jamie.pierson@bryancave.com
loraine.street@bryancave.com
rob.bower@bryancave.com
Richard@schadenlaw.com
amortega@schadenlaw.com
cjweyer@schadenlaw.com
kmpenland@schadenlaw.com

                                          */s/ Jeffery A. Dailey*
                                          Jeffery A. Dailey