**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

January 04, 2017

Chris Wolpert  
Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 15-1389, Avenue Capital Management II,, et al v. Schaden, et al.,
Dist/Ag docket: 1:14-CV-02031-PAB-KLM

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Stephen Michael Baldini
Bruce Bennett
Timothy R. Beyer
Jeffery A. Dailey
Nathaniel Garrett
Rex S. Heinke
Bruce A. Lampert
Allen Louis Lanstra Jr.
Christopher J. Lovrien
Steven R. Rider
Jessica Weisel

EAS/at